```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-01338-MCE-EFB** |
| Plaintiff; | **ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| John D. DeNigris, et al, | |
| Defendants | |

IT IS SO ORDERED THAT the parties shall file dispositional documents no later than July 11, 2012.

Dated:  June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE